IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROBERT F. FRITZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:07-CV-1030-MEF |
| | ) |
| **ELECTRIC INSURANCE CO.,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Robert F. Fritz, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   _X_   This party is an Individual, or

   ___   This party is a governmental entity, or

   _X_   There are no entities to be reported, or

   ___   The following entitles and their relationship to the party are hereby reported:


　　　　　　　　　　　　　　　　　/s/ Blaine C. Stevens
　　　　　　　　　　　　　　　　**BLAINE C. STEVENS (STE091)**
　　　　　　　　　　　　　　　　Attorney for Plaintiff

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
2740 Zelda Road Ste 500 [36106]
P.O. Box 99
Montgomery, AL  36101-0099
(334) 269-3230
(334) 269-3239 / fax

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing using the CM/ECF which will send notification of such filing to the following on this the 7th day of December, 2007:

Allan Sidney Jones
Elizabeth J. Kanter
Eric M. Wade
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway
Birmingham, AL 35216

                                              /s/ Blaine C. Stevens
                                              Of Counsel