**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT F. FRITZ,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| v. | )   Case No. 1:07 CV 01030-MEF |
| | ) |
| **ELECTRIC INSURANCE COMPANY** | ) |
| | ) |
|     **DEFENDANT.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, Electric Insurance Company, in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ____    This party is an individual, or

    ____    This party is a governmental entity, or

    ____    There are no entities to be reported, or

    _X_    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| (1) Wilmington Trust Company | One hundred percent (100%) of Electric Insurance Company's common stock is owned by Wilmington Trust Company, a Delaware banking corporation, solely in its capacity as Trustee, under a Trust Agreement between Electric Mutual Liability Insurance Company, Ltd. and Wilmington Trust Company. |

| Reportable Entity | Relationship to Party |
|---|---|
| (2) General Electric Company | A New York Corporation with manufacturing facilities and offices in Kentucky is sole beneficiary under the Trust Agreement. |

*s/* Allan S. Jones
ALLAN SIDNEY JONES (ASB-4458-E37A)
Attorney for Defendant

**OF COUNSEL**:

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon all counsel of record either by electronic means and/or by placing same in the United States Mail, properly addressed and first class postage prepaid, on the 11th day of December, 2007.

Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
2740 Zelda Road, Suite 500
Montgomery, Alabama 36106

John Maddox, Esq.
Nomberg & Maddox, P.C.
2236 Montgomery Highway
Dothan, AL 36303

              s/ Allan S. Jones
              OF COUNSEL