# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT F. FRITZ,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07 CV 01030-MEF** |
| | ) | |
| **ELECTRIC INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P.26(f), a meeting was held via telephone on December 21, 2007, in which the parties stipulated to the following:

1. <u>Appearances</u>

   a. Elizabeth Kanter and Adam Vickers attended on behalf of the defendant, Electric Insurance Company ("EIC").

   b. Blaine Stevens attended on behalf of the plaintiff, Robert F. Fritz.

2. <u>Parties</u>

   a. The plaintiff shall have until February 29, 2008 to join any additional parties.

   b. The defendants shall have until March 28, 2008 to join any additional parties.

3.     <u>Pleadings</u>

      a.     The plaintiff shall have until February 29, 2008 to amend the pleadings without leave of Court.

      b.     The defendants shall have until March 28, 2008 to amend the pleadings without leave of Court.

4.     <u>Dispositive Motions</u>

All dispositive motions must be filed by August 8, 2008.

5.     <u>Expert Testimony:</u>

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert - are due:

      a.     From the plaintiff: June 2, 2008.  Plaintiff's expert witnesses are to be made available for deposition by June 16, 2008.

      b.     From the defendants: July 2, 2008.  Expert witnesses are to be made available for deposition by July 16, 2008.

6.     <u>Discovery Limitations and Cutoffs:</u>

Unless modified by stipulation of the parties:

      a.     Depositions:

Parties must be available for deposition by May 21, 2008.

Maximum of 7 depositions for each party with a maximum time limit of 6 hours per deposition, unless extended by agreement of the parties.

b.    Interrogatories:

The defendant served the plaintiff with interrogatories on November 14, 2007. The plaintiff's responses are due by January 31, 2008. The plaintiffs have not served the defendant with interrogatories. All subsequent interrogatories must be served by April 17, 2007, and are otherwise subject to Rule 33 of the Federal Rules of Civil Procedure. All responses to subsequent interrogatories are also subject Rule 33 of the Federal Rules of Civil Procedure.

c.    Requests for Admission:

The parties have not served requests for admission. The parties may serve a maximum of 30 requests for admission. All requests for admission must be served by April 17, 2007. All requests for admission and responses thereto are otherwise subject to Rule 36 of the Federal Rules of Civil Procedure.

d.    Supplementation:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

e.    Pre-discovery disclosure:

The parties shall exchange the information required by Local Rule 26.1(a)(1) by 30 days from the submission of this proposed Report of Parties' Planning Meeting.

f.    Unless modified by court order for good cause shown, all

discovery must be commenced in time to be completed by: July 8, 2008.

7.    Pre-trial conference:

This case is not set for pre-trial conference, and the parties do not foresee a pre-trial conference will be necessary.  If a pre-trial conference date is required, parties  request a date of September 29, 2008.

8.    Trial:

The parties can be prepared for trial by October 27, 2008.

9.    Final lists:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

a.    By the plaintiff: October 3, 2008.

b.    By the defendants: October 3, 2008.

Objections are to be filed by October 13, 2008.

10.    Scheduling Conference:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this the 28th day of December, 2007.

ATTORNEYS FOR PLAINTIFF:          ATTORNEYS FOR DEFENDANT:

                                  /s/ Allan S. Jones
Blaine C. Stevens, Esq.           Allan Sidney Jones (ASB-4458-E37A)
Strickland & Kendall, LLC         Eric M. Wade (ASB-8087-C39W)
2740 Zelda Road, Suite 500        Elizabeth J. Kanter (ASB-0898-L75J)
Montgomery, AL 36106              Adam V. Vickers (ASB-0680-A62V)
                                  Carr Allison
John Maddox, Esq.                 100 Vestavia Parkway
Nomberg & Maddox, P.C.            Birmingham, AL 35216
2236 Montgomery Highway
Dothan, AL 36303

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document upon all counsel of record either by electronic means and/or by placing same in the United States Mail, properly addressed and first class postage prepaid, on the <u>28th</u> day of December, 2007.

Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
2740 Zelda Road, Suite 500
Montgomery, Alabama 36106

John Maddox, Esq.
Nomberg & Maddox, P.C.
2236 Montgomery Highway
Dothan, AL 36303

s/ Allan S. Jones
OF COUNSEL