IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT F. FRITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1030-MEF |
| | ) |
| ELECTRIC INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties in the above action, by and through their counsel, and represent to the Court that the issues between the Plaintiff and the Defendant have been settled and therefore all claims against ELECTRIC INSURANCE COMPANY shall be dismissed with prejudice, costs taxed against Defendant.

_____
John M. Maddox
One of the Attorneys for Plaintiff

*Of Counsel*:
Nomberg & Maddox, P.C.
2236 Montgomery Highway
Dothan, Alabama 36303
Telephone: (334) 793-6493
Facsimile: (334) 677-4650

_____
Allan Sidney Jones (JON120)
Attorney for Defendant

*Of Counsel:*
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057